IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| DONNA FRYER, BARBARA DAVISON,<br><br>    Plaintiffs,<br><br>vs.<br><br>UMIA, an insurance company, CONSTELLATION, INC., a mutual insurance holding company doing business as "Constellation®,<br><br>    Defendants. | CV 22-14-BLG-SPW-TJC<br><br>**ORDER** |

  Pursuant to the stipulation of the parties (Doc. 26), **IT IS HEREBY ORDERED** as follows:

  1. Defendants UMIA and Constellation, Inc.'s Motion for Summary Judgment (Doc. 11) is **DENIED as MOOT** in light of Defendants' agreement to withdraw the motion;

  2. Plaintiffs Donna Fryer and Barbara Davidson's claim for Abuse of Process (Count II) is dismissed with prejudice and without costs to any party, in light of Plaintiffs' agreement to voluntarily dismiss the claim;

/ /

/ /

3.      Nothing in this Order prohibits any party from filing further dispositive motions in this case in accordance with the Court's Scheduling Order.

DATED this 26th day of April, 2022.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge