IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| DONNA FRYER and BARBARA DAVISON,<br><br>　　　　　　Plaintiffs,<br>vs.<br><br>UMIA, an insurance company, and CONSTELLATION, INC., a mutual insurance holding company doing business as "Constellation®",<br><br>　　　　　　Defendants. | CV 22-14-BLG-SPW<br><br>**ORDER** |

　　IT IS HEREBY ORDERED that the parties shall file a consolidated Final Pretrial Order, pursuant to Fed. R. Civ. P. 16 and L.R. 16.4, for use at the Final Pretrial Conference, by 12:00 p.m. (noon) on Wednesday, October 15, 2025.

　　The Clerk of Court is directed to notify the parties of the making of this Order.

　　DATED this 14th day of October, 2025.

　　　　　　　　　　　　　　　　　　_/s/ Susan P. Watters_
　　　　　　　　　　　　　　　　　　SUSAN P. WATTERS
　　　　　　　　　　　　　　　　　　U.S. District Court Judge

1