1. What amount of reasonable punitive damages do you award Donna Fryer?

$ 4,500,000

2. What amount of reasonable punitive damages do you award Barbara Davison?

$ 4,500,000

Once you have answered Question Nos. 1 and 2, the foreperson must sign the form and notify the bailiff that you have reached a verdict.

Dated November 10, 2025.

<sub>Foreperson signature redacted.</sub>

_____
Foreperson