UNITED STATES DISTRICT
COURT DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| DONNA FRYER and BARBARA DAVISON,<br><br>    Plaintiffs,<br><br>vs.<br><br>UMIA, an insurance company, and CONSTELLATION, INC., a mutual insurance holding company doing business as "Constellation®",<br><br>    Defendants. | Case No. CV-22-14-BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

☒   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

   IT IS ORDERED AND ADJUDGED , Judgment is entered in favor of both plaintiff's Donna Fryer and Barbara Davison and against defendant's UMIA and Constellation, Inc on all claims. The jury rendered a verdict on 11/10/2025 awarding each plaintiff $3,000,000 dollars individually (special verdict) and $4,500,000 in punitive damages to each plaintiff individually as filed with the Court on 11/10/2025 (courts documents, verdict forms, entry 267 and 269).

   Dated this 12th day of November, 2025

                              TYLER P. GILMAN, CLERK

                              By:   /s/ E.Hamnes
                                    Deputy Clerk