IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

DONNA FRYER and BARBARA DAVISON,

Plaintiffs,

vs.

UMIA, an insurance company, and CONSTELLATION, INC., a mutual insurance holding company, doing business as "Constellation®",

Defendants.

CV 22-14-BLG-SPW

ORDER GRANTING UMIA'S MOTION TO POST A BOND AND STAY PROCEEDINGS TO ENFORCE JUDGMENT

Defendants UMIA and Constellation, Inc. (collectively "UMIA") filed a Motion to Post a Bond and Stay Proceedings to Enforce Judgment. (Doc. 331). Pursuant to Federal Rule of Civil Procedure 62(b), UMIA seeks approval of a supersedeas bond in the amount of $15,963,043.97 and a stay of the enforcement of judgment in this case through appeal to the United States Court of Appeals for the Ninth Circuit. Because the parties are in agreement as to the sufficiency of the bond amount (*see* Doc. 331 at 3),

IT IS HEREBY ORDERED that UMIA's Motion is GRANTED. A supersedeas bond in the amount of $15,963,043.97 is APPROVED. UMIA shall provide a bond in that amount to the Clerk of Court of the United States District

Court for the District of Montana, Billings Division, within 10 days of the date of this Order. All proceedings to enforce the judgment, execute on the judgment, or collect on the judgment are STAYED pending disposition of UMIA's appeal to the Ninth Circuit.

DATED this 1st day of September, 2026.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge